*B2170 (Form 2170) (12/15)*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In Re: Debtor(s) (name(s) and address)
John M Erikson

xxx−xx−3789
319 Kibbie Lake Road
Constantia, NY 13044

Case Number: 26−30273−5−wak

Chapter: 7

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Neil Tarak Bhatt−Trustee is discharged as trustee of the estate of the above named debtor(s), and the bond is cancelled.

The case of the above named debtor(s) is closed.

Syracuse, NY
DATED: 9/8/26

***BY THE COURT***



Wendy A. Kinsella
U.S. Bankruptcy Judge